```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**JAMES PATRICK THOMAS**                                          **PLAINTIFF**

       v.        Civil No. 09-5177

**SHERIFF KEITH FERGUSON, et al.**                                **DEFENDANTS**

### O R D E R

Now on this 11th day of October, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendations** ("R&R") (document #35). The Court has reviewed the R&R, and finds it sound in all respects. The R&R details the efforts of the Magistrate Judge to contact plaintiff, and plaintiff's failure to prosecute this action. Since the R&R was issued, the Clerk of Court has twice attempted to mail a copy of it to plaintiff, but mail was returned from both addresses. The R& R will, therefore, be adopted, and plaintiff's claims dismissed without prejudice for failure to prosecute and failure to follow a Court Order.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #35) is **adopted.**

**IT IS FURTHER ORDERED** that plaintiff's claims are **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**